**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESE VERONICA NATTY,<br><br>             Plaintiff,<br><br>    vs.<br><br>ERIC HOLDER et al.,<br><br>            Defendants. | Case No. CV 14-8839-JFW (JPR)<br><br>**J U D G M E N T** |

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 3/24/15

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE

5